```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 21146
   EBEN DAIRO
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-7005


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/12/2007 and was not confirmed.

     The case was dismissed without confirmation 01/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

ASSET ACCEPTANCE CORP    UNSECURED        1490.38            .00           .00
PHILIP A IGOE            DEBTOR ATTY          .00                          .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                         --------------       --------------
TOTALS                       .00                       .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 04/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```